**Glenn Solomon, OSB No. 833287**
1001 SW Fifth Ave #1414
Portland, Oregon 97204
(503) 241-3508
glensol@aol.com

    Attorney for Plaintiff Eric Bergin

**David J. Riewald, OSB No. 880969**
driewald@bullardlaw.com
Bullard Law
200 SW Market Street, Suite 1900
Portland, OR 97201
503-248-1134/Telephone
503-224-8851/Facsimile

**Gary Basham, CSB No.** 130119 *(admitted pro hac vice)*
gary@bashamlawgroup.com
**Nancy McCoy, CSB No.** 184983 *(admitted pro hac vice)*
nancy@bashamlawgroup.com
Basham Law Group
1990 N. California Blvd., Suite 530
Walnut Creek, California 94596
925-939-3365/Telephone
925-952-7078/Facsimile

    Attorneys for Defendant Pacific Ozone Technology, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ERIC J. BERGIN,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC OZONE TECHNOLOGY,<br>INC., a foreign corporation,<br><br>    Defendant. | Case No. 3:12-cv-01604-BR<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RE VOLUNTARY DISMISSAL<br>OF PLAINTIFF'S FIRST CAUSE OF<br>ACTION (DISABILITY<br>DISCRIMINATION) |

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Eric

J. Bergin and Defendant Pacific Ozone Technology, Inc. hereby stipulate and request

that Plaintiff's First Cause of Action for Disability Discrimination in violation of ORS 659A.112 be dismissed *with prejudice.*

**IT IS SO STIPULATED,**

DATED: October 22, 2013

                        GLENN SOLOMON, ESQ.

                        By s/Glenn Solomon
                            Glenn Solomon, OSB No. 833287
                            glensol@aol.com
                            503-241-3508

                        Attorney for Plaintiff
                        Eric Bergin

                        BULLARD LAW

                        By s/David J. Riewald
                            David J. Riewald, OSB No. 880969
                            driewald@bullardlaw.com
                            503-248-1134/Telephone
                            503-224-8851/Facsimile

                        BASHAM LAW GROUP

                        By s/Nancy L. McCoy
                            Gary Basham *(admitted pro hac vice)*
                            gary@bashamlawgroup.com
                            Nancy McCoy *(admitted pro hac vice)*
                            nancy@bashamlawgroup.com
                            925-939-3365/Telephone

                        Attorneys for Defendant
                        Pacific Ozone Technology, Inc.

IT IS SO ORDERED:

Dated: November 1, 2013

                                          */s/ Anna J. Brown*
                                        UNITED STATES DISTRICT COURT
                                        JUDGE

                                                 4818-6985-5766, v. 1